IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LEO K. and DONNA K., *individually* and *on behalf of* M.L.K.,<br><br>       Plaintiffs,<br><br>  v.<br><br>ANTHEM BLUE CROSS BLUE SHIELD, CASE NEW HOLLAND INDUSTRIAL, INC., and CNH INDUSTRIAL US HEALTH AND WELFARE PLAN,<br><br>       Defendants. | Case No. 2:24-cv-01625<br><br>Magistrate Judge Nancy Joseph |

THIS MATTER having come before the Court on Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 31), IT IS HEREBY ORDERED:

1. Defendants' Motion to Dismiss Plaintiffs' Complaint is **GRANTED**, and Plaintiffs' Complaint is dismissed in its entirety.

Dated: _____    _____
                     Magistrate Judge Nancy Joseph